[No. 19474-4-III. Division Three. May 10, 2001.]

ROBERT STEWART, ET AL., *Appellants*, v. FRED ANDRUS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 97-2-00785-7, Ted W. Small, J., entered June 27, 2000. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 19542-2-III. Division Three. May 10, 2001.]

HERMILIO RIOS, *Individually and as Guardian*, ET AL., *Appellants*, v. KENNEWICK SCHOOL DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 98-2-02135-4, Philip M. Raekes, J., entered August 9, 2000. *Reversed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 43434-9-I. Division One. May 14, 2001.]

*In the Matter of the Detention of* CHARLES LEE JOHNSON. CHARLES LEE JOHNSON, *Appellant* v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-00133-8, Kathryn E. Trumbull, J., entered August 20, 1998. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Cox, JJ.

[No. 45787-0-I. Division One. May 14, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY BRAND BOGART, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-01650-0, David F. Hulbert, J., entered December 17, 1999. *Affirmed* by unpublished per curiam opinion.